

110 East 59th Street, Ste. 3200, New York, NY 10022
Tel: 646-590-0571, Fax: 646-619-4012
Web: www.svhllp.com

7.8.16


**VIA ECF AND ELECTRONIC MAIL**

Honorable Andrew L. Carter, Jr.
United States District Judge
40 Foley Square
Room 1306
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

>  Re:   *Hernandez v. Asset Recovery Solutions, Inc.*; **Case No. 1:16-cv-04483**
>         **Request for Extension of Time to Respond to Complaint**

Dear Judge Carter:

I represent Plaintiff, Sayra Hernandez, in the above matter. I recently received a request from Defendant, Asset Recovery Solutions, LLC ("ARS"), for an extension of time for ARS to answer or otherwise plead to the Complaint, up to and including August 15, 2016. ARS's response is currently due on or before July 14, 2016. This is the first request that any party has made for an extension. Plaintiff has no objection to this request.

The parties respectfully request that Your Honor approve the proposed extension for ARS to answer or otherwise plead to the Complaint.


Sincerely,

*/s/ Abraham Hamra*

Abraham Hamra

cc:  Catherine A. Miller (via email)
     catherine.miller@akerman.com

1